UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEN WILLIAMS

VERSUS

STEVE RADER, ET AL

CIVIL ACTION

NO. 09-139-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Petition for Writ of Habeas Corpus filed by petitioner,[1] Ken Williams, shall be DISMISSED WITH PREJUDICE, as untimely-filed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 10, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 1.

Doc#46359